# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153537

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

AQUIRE BERNARD SIMMONS,
      Defendant-Appellant.

SC: 153537
COA: 323162
Wayne CC: 13-004236-FC

_____/

      On order of the Court, the application for leave to appeal the March 15, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2017

Clerk

a0327